# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2277

_____

| | |
|---|---|
| Arthur McElroy, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Janssen Pharmaceutica, Inc.; Janssen | * District of Nebraska. |
| Pharmaceutica, N.V.; Eli Lilly | * |
| Pharmaceutical, Co., | * [UNPUBLISHED] |
| | * |
| Appellees. | * |

_____

Submitted: July 1, 2008
Filed: July 1, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arthur McElroy appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his pro se products-liability claims against Janssen Pharmaceutica, Inc. and Janssen Pharmaceutica, N.V.[2] Upon de novo review, see Reis

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

[2]McElroy's claim against Eli Lilly Pharmaceutical Company is not at issue in this appeal.

v. Walker, 491 F.3d 868, 870 (8th Cir. 2007), we conclude that dismissal was proper for the reasons stated by the district court.

Accordingly, the judgment is affirmed, see 8th Cir. R. 47B, and appellees' pending motion is denied.

_____